IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

JOHN ROACH, SAMANTHA ROACH
and CASEY RICHARDSON,

     Plaintiff,

v.                                                                              No. 14-1133

HENDERSON COUNTY, TENNESSEE,
BRIAN DUKE, in his individual and
official capacities as the Sheriff for the
Henderson County Sheriff's Department,
JOHN JAMES, in his individual and official
capacities as an officer of the Henderson County
Sheriff's Department, and KENNETH
THOMPSON, in his individual and official
capacities as an officer of the Henderson County
Sheriff's Department,

     Defendants.

_____

ORDER TO SHOW CAUSE WHY CLAIMS SHOULD NOT
BE DISMISSED FOR FAILURE TO PROSECUTE

_____

The complaint of the Plaintiffs, John Roach, Samantha Roach, and Casey Richardson,

was filed on June 9, 2014 against Defendants, Henderson County, Tennessee, Brian Duke, John

James, and Kenneth Thompson. (D.E. 1.) Summonses were issued the same day for all

Defendants (D.E. 3) and returned executed for Defendants Henderson County, Tennessee, Brian

Duke, and John James on June 17 and 26, indicating service dates of June 16, June 12, and June

13, respectively (D.E. 5–7). However, according to the docket, no answers have been filed or

default sought.  Accordingly, Plaintiffs are hereby directed to show cause, within eleven days of

the entry of this order, why their claims against Defendants should not be dismissed for failure to

prosecute in accordance with Fed. R. Civ. P. 41.  Failure to timely respond to this order may

result in dismissal of Plaintiffs' claims.

IT IS SO ORDERED this 18th day of July, 2014.

s/ J. DANIEL BREEN
CHIEF UNITED STATES DISTRICT JUDGE